

## United States District Court

| Chambers of<br>David C. Godbey<br>District Judge | Northern District of Texas<br>1100 Commerce Street, Room 1504<br>Dallas, Texas 75242 | 214.753.2700<br>fax 214.753.2707 |
|---|---|---|

January 5, 2015

Karen Mitchell, Clerk
United States District Clerk
Northern District of Texas
1100 Commerce Street
Dallas, Texas  75242

    Re: Civil Action No. 3:14-CV-4367-N
      *Tucker-Rocky Corporation, Inc. v. V3 Initiatives, LLC*

Dear Karen:

  I hereby recuse myself from the above styled and numbered cause.  Please reassign this case.

           Very truly yours,

           David C. Godbey

DCG:dhb